IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**J. W. WEBSTER**                                                             **PETITIONER**

v.                                                 **No. 2:04CV84-D-B**

**CHRISTOPHER EPPS, ET AL.**                                  **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendations of the United States Magistrate Judge dated July 6, 2005, and supplemented on January 25, 2006, and the August 8, 2005, and May 19, 2006, objections to the Report and Recommendations, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 6, 2005, and January 25, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

3. That this case is **CLOSED.**

THIS, the 8th day of November, 2006.

                                                         /s/ Glen H. Davidson
                                                         CHIEF JUDGE